## 59470. CANNON v. THE STATE.

BANKE, Judge.

The defendant was indicted for aggravated assault. He appeals his conviction by a jury of simple assault and battery on general grounds. *Held:*

We have reviewed the entire record and conclude that a rational trier of fact could reasonably have found from the evidence presented at trial proof of guilt beyond a reasonable doubt. Jackson v. Virginia, 443 U. S. 307 (99 SC 2781, 61 LE2d 560) (1979).

*Judgment affirmed. McMurray, P. J., and Smith, J., concur.*

SUBMITTED FEBRUARY 5, 1980 — DECIDED FEBRUARY 20, 1980.

*Michael E. Hancock, Thurbert E. Baker,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, H. Allen Moye, Assistant District Attorneys,* for appellee.